1  Christin Cho (Cal. Bar No. 238173)
   christin@dovel.com
2  Simon Franzini (Cal. Bar No. 287631)
   simon@dovel.com
3  Grace Bennett (Cal. Bar No. 345948)
4  grace@dovel.com
   DOVEL & LUNER, LLP
5  201 Santa Monica Blvd., Suite 600
   Santa Monica, California 90401
6  Telephone: (310) 656-7066
7  Facsimile: (310) 656-7069

8  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAASIL KHAN, individually and on behalf of all others similarly situated, | Case No. |
| *Plaintiff*, | **CLRA VENUE DECLARATION** |
| v. | |
| BROOKLYN BEDDING LLC, | |
| *Defendant*. | |

CLRA Venue Declaration                                        Case No.

1    I, Baasil Khan, declare as follows:

2    1.   I am a named Plaintiff in this action.

3    2.   On January 23, 2023, I purchased an RV King Signature Hybrid Mattress from
4    Defendant's website, www.brooklynbedding.com, while living in Newark, California.

5    3.   I understand that, because I purchased the products in Newark, California, the
6    transaction occurred within the Northern District of California, and therefore, this is a proper place to
7    bring my California Consumer Legal Remedies Act claim.

9    I declare under penalty of perjury under the laws of the United States that the foregoing is true
10   and correct to the best of my knowledge.

12   Signature: *Baasil Khan* (DocuSigned, 134F2E135BFB49E...)
     Baasil Khan

14   Dated: 8/30/2024

CLRA Venue Declaration                 1                         Case No.