Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAASIL KHAN, individually and on behalf of all others similarly situated,<br><br>　　　*Plaintiff*,<br><br>v.<br><br>BROOKLYN BEDDING LLC,<br><br>　　　*Defendant*. | Case No. 3:24-cv-06271-RFL<br><br>**STIPULATION FOR EXTENSION OF TIME REGARDING CASE SCHEDULE; [PROPOSED] ORDER** |

1  Plaintiff Baasil Khan ("Plaintiff") and Defendant Brooklyn Bedding LLC ("Defendant," and
2  together with Plaintiff, the "Parties"), by and through their respective counsel, stipulate as follows:
3  WHEREAS, on March 19, 2025, the Court issued an Order setting certain deadlines in this
4  case, including deadlines related to class certification (Dkt. No. 48);
5  WHEREAS, since that date, the Parties have engaged in extensive settlement negotiations,
6  including attending an in-person mediation session with Bruce Friedman of JAMS, and, in the
7  aftermath of that session, participating in continued settlement discussions with and through the
8  mediator;
9  WHEREAS, the Parties have made substantial progress towards resolution of this case, but
10 need additional time to work towards finalizing an agreement;
11 WHEREAS, as a result, the Parties have agreed upon and propose to modify the case
12 schedule as follows:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Class Certification Discovery | November 21, 2025 | January 20, 2026 (+ 60 Days) |
| Motion for Class Certification + Plaintiff's Disclosure of Experts and Expert Reports | December 5, 2025 | February 3, 2026 (+ 60 Days) |
| Class Certification Opposition + Defendant's Disclosure of Experts and Expert Reports | January 16, 2026 | March 17, 2026 (+ 60 Days) |
| Class Certification Reply + Plaintiff's Rebuttal Expert Reports | February 13, 2026 | April 14, 2026 (+ 60 days) |
| Class Certification Hearing | March 3, 2026 | May 5, 2026 (+ 63 Days) |

THEREFORE, to facilitate continued settlement discussions, the Parties respectfully request that the Court enter the attached proposed Order setting the foregoing case deadlines.

Dated: October 20, 2025

Respectfully submitted,

By: */s/ Simon Franzini*
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

By: */s/ Erica R. Graves*
BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ana.tagvoryan@blankrome.com
Harrison Brown (SBN 291503)
harrison.brown@blankrome.com
Erica R. Graves (SBN 301785)
erica.graves@blankrome.com
Victor Sandoval (SBN 344461)
Victor.sandoval@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

*Attorneys for Defendant*
*Brooklyn Bedding LLC*

**ATTESTATION**

I, Simon Franzini, attest that concurrence in the filing of the document has been obtained from Defendant's counsel, and that Defendant's counsel agreed to this stipulated extension.

DATED: October 20, 2025                        By: */s/ Simon Franzini*

**[PROPOSED] ORDER**

The Court, having reviewed the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and sets the following case schedule through class certification:

| Case Event | Deadline |
| --- | --- |
| Close of Class Certification Discovery | January 20, 2026 |
| Motion for Class Certification + Plaintiff's Disclosure of Experts and Expert Reports | February 3, 2026 |
| Class Certification Opposition + Defendant's Disclosure of Experts and Expert Reports | March 17, 2026 |
| Class Certification Reply + Plaintiff's Rebuttal Expert Reports | April 14, 2026 |
| Class Certification Hearing | May 5, 2026 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  **October 21, 2025**

_____
Hon. Rita F. Lin