Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BAASIL KHAN, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>BROOKLYN BEDDING LLC,<br><br>    *Defendant*. | Case No. 3:24-cv-06271-RFL<br><br>**STIPULATION FOR EXTENSION OF TIME REGARDING CASE SCHEDULE; [PROPOSED] ORDER AS MODIFIED** |

Plaintiff Baasil Khan ("Plaintiff") and Defendant Brooklyn Bedding LLC ("Defendant," and together with Plaintiff, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, the Parties have been engaged in extensive and productive settlement discussions, and have made substantial progress towards reaching a final resolution of this case;

WHEREAS, the Parties believe they are close to finalizing a term sheet, but need additional time to draft and execute a long-form agreement;

WHEREAS, on October 21, 2025, the Court issued an order setting certain deadlines in this case, including deadlines related to class certification (Dkt. No. 50);

WHEREAS, to allow the Parties to focus all resources on working towards resolution, the Parties have agreed upon and propose to modify the case schedule as follows:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Class Certification Discovery | January 20, 2026 | March 20, 2026 (+ 59 Days) |
| Motion for Class Certification + Plaintiff's Disclosure of Experts and Expert Reports | February 3, 2026 | April 3, 2026 (+ 59 Days) |
| Class Certification Opposition + Defendant's Disclosure of Experts and Expert Reports | March 17, 2026 | May 15, 2026 (+ 59 Days) |
| Class Certification Reply + Plaintiff's Rebuttal Expert Reports | April 14, 2026 | June 12, 2026 (+ 59 days) |
| Class Certification Hearing | May 5, 2026 | July 7, 2026 (+ 63 Days) |

THEREFORE, to facilitate continued settlement discussions, the Parties respectfully request that the Court enter the attached proposed Order setting the foregoing case deadlines.

Stipulation for Extension of Time
Regarding Case Schedule                 1                  Case No. 3:24-cv-06271-RFL

Dated: January 8, 2026

Respectfully submitted,

By: */s/ Simon Franzini*
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Grace Bennett (Cal. Bar No. 345948)
grace@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Attorneys for Plaintiff*


By: */s/ Harrison Brown*
BLANK ROME LLP
Ana Tagvoryan (SBN 246536)
ana.tagvoryan@blankrome.com
Harrison Brown (SBN 291503)
harrison.brown@blankrome.com
Erica R. Graves (SBN 301785)
erica.graves@blankrome.com
Victor Sandoval (SBN 344461)
Victor.sandoval@blankrome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile: 424.239.3434

*Attorneys for Defendant*
*Brooklyn Bedding LLC*

## **ATTESTATION**

I, Simon Franzini, attest that concurrence in the filing of the document has been obtained from Defendant's counsel, and that Defendant's counsel agreed to this stipulated extension.

DATED: January 8, 2026                                    By: */s/ Simon Franzini*

# [~~PROPOSED~~] ORDER AS MODIFIED

The Court, having reviewed the Parties' Stipulation, and finding good cause therefor, hereby GRANTS the Stipulation and sets the following case schedule through class certification.  No further extension of the class certification deadlines shall be granted absent extraordinary circumstances.

| Case Event | Deadline |
|---|---|
| Close of Class Certification Discovery | March 20, 2026 |
| Motion for Class Certification + Plaintiff's Disclosure of Experts and Expert Reports | April 3, 2026 |
| Class Certification Opposition + Defendant's Disclosure of Experts and Expert Reports | May 15, 2026 |
| Class Certification Reply + Plaintiff's Rebuttal Expert Reports | June 12, 2026 |
| Class Certification Hearing | July 7, 2026 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated:  ___January 9, 2026_____                    _____
                                                                                     Hon. Rita F. Lin